**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 135 EAL 2015
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JEREMIAH BUSH, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.